JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARZA JESUS,<br><br>              Petitioner,<br><br>      v.<br><br>DAVID B. LONG, Warden,<br><br>              Respondent. | Case No. ED CV 13-990 CJC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 9, 2014

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE